# Exhibit A

# Public Booking Card

## ELLIOT, IVANA ANNETTE

Print Date/Time:  7/23/2025 10:36 AM
Page 1 of 2

Bartow County Sheriff's Office
ORI Number:  GA0080000

---

Arresting Agency: Cartersville Police Department

Booking #: 2025-00001721

Booking Date/Time: 04/06/2025 05:26:00

Redacted by Plaintiff's Counsel

Inmate #: 406307

Address: Redacted by Plaintiff's Counsel

| Phone #: (XXX) XXX-XXXX | SSN: XXX-XX-XXXX | Hair Color: Brown | |
| DOB: XX/XX/XXXX | Age: 21 | Eyes: Brown | |
| Race: Unknown | Sex: Female | Height: [Redacted] | Weight: [Redacted] |

---

Prisoner Type: *PRE-TRIAL          Incarceration Reason:

Facility:                    Pod/Block:              Cell:              Bed:

---

Release Date/Time: 04/07/2025 13:34:28
Release Reason: PROPERTY BOND
Released To: 24 HRS BONDING

Released By:
Released to ORI:
Released to Additional Info: 24 BAIL BONDING $3350  LH851

---

**Charge:**
Misdemeanor      40-6-96(c)                    Ped. to Walk on Outside Edge HWY/Left Side of Two Lane Roadway

| Offense/Charge Date: 04/06/2025 04:04:00 | Warrant Number: CE0173098 | Court Date/Time: |
| Case Tracking ORI: | Case Tracking #: | Docket Number: 2504-075 |
| Bond/Bail Set Type: PROPERTY/CASH | Bond/Bail Set Date: 04/06/2025 | Bond/Bail Set Amt: $3350.00 - Inclusive |
| Bond Posted By: | Bond Post Date: 04/07/2025 | Bond Post Amt: $3,350.00 |
| Severest: No | | |

---

**Charge:**
Misdemeanor      40-6-91(b)                    Pedestrian Must Not Dart in Traffic

| Offense/Charge Date: 04/06/2025 04:04:00 | Warrant Number: CE0173097 | Court Date/Time: |
| Case Tracking ORI: | Case Tracking #: | Docket Number: 2504-075 |
| Bond/Bail Set Type: PROPERTY/CASH | Bond/Bail Set Date: 04/06/2025 | Bond/Bail Set Amt: $3350.00 - Inclusive |
| Bond Posted By: | Bond Post Date: 04/07/2025 | Bond Post Amt: $3,350.00 |
| Severest: No | | |

---

**Charge:**
Misdemeanor      16-10-24(a) Obstructing Invest      Willful Obstruction of Law Enforcement Officers-Misdemeanor

| Offense/Charge Date: 04/06/2025 04:04:00 | Warrant Number: CE0173096 | Court Date/Time: |
| Case Tracking ORI: | Case Tracking #: | Docket Number: 2504-075 |
| Bond/Bail Set Type: PROPERTY/CASH | Bond/Bail Set Date: 04/06/2025 | Bond/Bail Set Amt: $3350.00 - Inclusive |
| Bond Posted By: | Bond Post Date: 04/07/2025 | Bond Post Amt: $3,350.00 |
| Severest: Yes | | |

---

**Charge:**
Misdemeanor      16-5-60(B)                    Reckless Conduct

| Offense/Charge Date: 04/06/2025 04:04:00 | Warrant Number: CE0173095 | Court Date/Time: |
| Case Tracking ORI: | Case Tracking #: | Docket Number: 2504-075 |
| Bond/Bail Set Type: PROPERTY/CASH | Bond/Bail Set Date: 04/06/2025 | Bond/Bail Set Amt: $3350.00 - Inclusive |
| Bond Posted By: | Bond Post Date: 04/07/2025 | Bond Post Amt: $3,350.00 |
| Severest: No | | |

---

**Charge:**
Misdemeanor      40-6-123(c)                    Improper Stopping on Roadway

| Offense/Charge Date: 04/06/2025 04:04:00 | Warrant Number: CE0173094 | Court Date/Time: |
| Case Tracking ORI: | Case Tracking #: | Docket Number: 2504-075 |
| Bond/Bail Set Type: PROPERTY/CASH | Bond/Bail Set Date: 04/06/2025 | Bond/Bail Set Amt: $3350.00 - Inclusive |

# Public Booking Card
## ELLIOT, IVANA ANNETTE

**Print Date/Time:** 7/23/2025 10:36 AM
Page 2 of 2

Bartow County Sheriff's Office
**ORI Number:** GA0080000

---

**Bond Posted By:**
**Severest:** No

**Bond Post Date:** 04/07/2025

**Bond Post Amt:** $3,350.00

---

**Charge:**
Misdemeanor        40-6-181                Speeding

**Offense/Charge Date:** 04/06/2025 04:04:00
**Case Tracking ORI:**
**Bond/Bail Set Type:** PROPERTY/CASH
**Bond Posted By:**
**Severest:** No

**Warrant Number:** CE0173093
**Case Tracking #:**
**Bond/Bail Set Date:** 04/06/2025
**Bond Post Date:** 04/07/2025

**Court Date/Time:**
**Docket Number:** 2504-075
**Bond/Bail Set Amt:** $3350.00
**Bond Post Amt:** $3,350.00

---

**** End of File ****

# Exhibit B

# CARTERSVILLE POLICE DEPARTMENT
### FIELD CASE REPORT
CASE# **2025-00008282**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 4/6/2025    04:04 | Miscellaneous Report | |

| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| 04/06/2025 04:04 | 04/06/2025   04:54 | S I-75 HWY S CARTERSVILLE, GA |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 16-5-60(B) Reckless Conduct | 1 | Completed |
| 02 | 16-10-24(a) Obstructing Invest Willful Obstruction of Law Enforcement Officers-Misdemeanor | 1 | Completed |
| 03 | 40-6-181 Speeding | 1 | Completed |
| 04 | 40-6-123(c) Improper Stopping on Roadway | 1 | Completed |
| 05 | 40-6-91(b) Pedestrian Must Not Dart in Traffic | 1 | Completed |
| 06 | 40-6-96(b) Ped. to Walk on Shoulder Away From Edge of Roadway When Sidewalk Not Available | 1 | Completed |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) | | | |
|---|---|---|---|---|---|
| Adult | Suspect | ELLIOTT, ICANA ANNETE | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| | 21 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| Black | | Female | Redacted by Plaintiff's Counsel | Redacted by Plaintiff's Counsel | Brown | Brown |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 |
| Redacted by Plaintiff's Counsel | | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) |
|---|---|---|
| Business | Victim | State of Georgia, |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE, SUFFIX) |
|---|---|---|
| Officer | Complainant | ALFONSO, D |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) 195 CASSVILLE RD SE CARTERSVILLE, GA 30120 |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| White | | Male | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE (770)382-2526 | PHONE #2 | PHONE #3 |

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 1141 Alfonso | 4/6/2025 | Cole, B.Y. | 04/06/2025 |

# CARTERSVILLE POLICE DEPARTMENT
### FIELD CASE REPORT      CASE# **2025-00008282**

## ADDITIONAL SUBJECTS

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Officer** | **Other** | **FOSTER , J A** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **195 CASSVILLE RD SE CARTERSVILLE, GA 30120** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| **White** | **Male** | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | **(770)382-2526** | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **YILDIRIM, O C** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| **White** | **Male** | **6'6"  6'6"** | **270  270** | **Brown** | **Green** |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| **NA / GA** | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Officer** | **Other** | **EVERETT, C M** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **195 CASSVILLE RD SE CARTERSVILLE, GA 30120** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | **(770)382-2526** | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| | |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| | |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **1141 Alfonso** | **4/6/2025** | **Cole, B.Y.** | **04/06/2025** |

# CARTERSVILLE POLICE DEPARTMENT
### FIELD CASE REPORT          CASE# **2025-00008282**

## VEHICLES as INVOLVED

| INVOLVED VEHICLE | | | |
|---|---|---|---|
| VEHICLE ROLE **Suspect Vehicle** | | | |
| VEH YR **2018** | TYPE/MAKE/MODEL **Nissan**        **KICKS** | | STYLE **Sport Utility Vehicle** |
| PLATE / STATE *Redacted by Plaintiff's Counsel* | VIN *Redacted by Plaintiff's Counsel* | TOP COLOR **White** | BOTTOM COLOR **White** |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |

| INVOLVED VEHICLE | | | |
|---|---|---|---|
| VEHICLE ROLE | | | |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |

## VEHICLES as PROPERTY

| PROPERTY VEHICLE | | | |
|---|---|---|---|
| PROPERTY CODE | | | VALUE |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |

| PROPERTY VEHICLE | | | |
|---|---|---|---|
| PROPERTY CODE | | | VALUE |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |

| PROPERTY VEHICLE | | | |
|---|---|---|---|
| PROPERTY CODE | | | VALUE |
| VEH YR | TYPE/MAKE/MODEL | | STYLE |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | |

| REPORTING OFFICER **1141 Alfonso** | DATE **4/6/2025** | REVIEWED BY **Cole, B.Y.** | DATE **04/06/2025** |
|---|---|---|---|

**3** OF **7**

## CARTERSVILLE POLICE DEPARTMENT
**FIELD CASE REPORT**    CASE# **2025-00008282**

| NARRATIVE |
| --- |

On Sunday, April 6, 2025, at approximately 0404 Hours, I was observing the flow of traffic at the intersection of I-75SB and Main Street (Exit 288), Cartersville, GA, when I observed a white Nissan Kicks traveling south on I-75 at a fast rate of speed. I was able to determine that the white Nissan Kicks was traveling at 96 miles per hour failing to obey the 70 miles per hour posted speed limit by using a LIDAR Stalker RDR (Serial #LN005883,) which I am certified by the State of Georgia to utilize as a speed detection device.

As I was attempting to conduct a traffic stop near the area of mile marker 287 (SB), the driver of the Nissan Kicks decided to come to an improper stop on Lane # 3 (right lane) of I-75SB, not only impeding the free flow of traffic but also creating a hazard for not only him/her but also other motorists. The area of mile marker 287 is curved, which does not allow motorists to have a clear view of the highway. A state-approved and maintained shoulder was available for the driver of the Nissan Kicks to utilize.

I immediately approached the driver's side of the vehicle and instructed the driver of the Nissan Kicks to relocate to the shoulder pleading to do it safely, but at that time the driver of the Nissan Kicks started to cry failing to move over to a safer location. At that time, I noticed that she had a domesticated cat on her lap. After I told her, "Please move, we are about to get hit." She decided to comply, eventually relocating to the right shoulder.

Once I approached the Nissan Kicks, which was now on the right shoulder, I made contact with Ms. Icana Elliott, who immediately began to cry, stating that she was just trying to get home and mentioned that she had been on the road for several hours. Ms. Elliot mentioned that she was really tired and that earlier she her vehicle had been stuck on "some rocks." I then noticed that Ms. Elliott's cat was rooming free on her lap extremely close to the open window, so I instructed her to please secure the feline in an attempt to prevent the feline from exiting the car onto the highway.

I then relocated to my patrol vehicle and completed a Georgia Uniform Traffic Citation for Speeding under OCGA 40-6-181, Citation # C1141250455, for Ms. Elliott. I made the decision to use 84 miles per hour on the citation in an attempt to reduce Ms. Elliott's fine.  At approximately 0415 Hours, I returned to the driver's side of the Nissan Kicks, in an attempt to issue the citation.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
| --- | --- | --- | --- |
| **1141 Alfonso** | **4/6/2025** | **Cole, B.Y.** | **04/06/2025** |

**4** OF 7

CPD Case 2025-00008282

(Narrative Continued)

Once I made contact with Ms. Elliott, she presented me with a printed document which apparated to be an incident report created by the State of Tennessee State  Highway Patrol showing that her Nissan Kicks had to be removed by a wrecker service after having been stuck on a road. I then told her that if her Nissan Kicks was not mechanically sound, she should not have been driving it at 95 miles per hour. She then stated that she was just going stay on the shoulder and cry. Ms. Elliott then requested me to have a conversation to which I responded that if we were to get out of the highway we could talk as long as she wanted. She then opened her door and stuck her head out stating she needed to puke.

After several times trying to issue her Citation # C1141250455, each time explaining to her that by signing the citation she was not admitting guilt, but she was admitting to the fact that she was being provided with a copy, she finally decided to freely and voluntary signed the citation. She then was provided with a copy and was given the opportunity to freely leave the traffic stop as I had considered that my interaction with her was over.

After relocating to my patrol vehicle in an attempt to assist Ms. Elliott getting back on the highway, I noticed that she once again opened her door, stuck her head out, appearing to try to vomit. I immediately gave her commands to get back in the car telling her she was going to get hit. Seconds later, I witnessed her exiting her vehicle leaving the driver's side window down which could have created an opportunity for her cat to jump out of her vehicle into oncoming traffic.

Ms. Elliott then walked towards the grass area which is adjacent to I-75SB, which is sloped, creating hazardous conditions for those trying to walk on it. The grass area leads to a heavily wooded area where wildlife has been seen to include black bears. I immediately informed Bartow County Dispatch that the traffic stop had been finalized and that now I was assisting Ms. Elliott in an attempt to not only get her back into her vehicle but also to protect her from getting hurt.

I then made several attempts to plea with Ms. Elliott to get off the grass area, to which she replied she just wanted to be left alone because she was having a "really bad day, I am not hurting anybody, you got your ticket." After several seconds of pleading with her, I told her "Do you want me to impound your car with your cat in it?" Officer Foster, who arrived as my back up unit, also tried to reason with Ms. Elliott, offering the services of a wrecker service to take her vehicle anywhere she wanted with the ultimate goal of just getting her and her cat safely out of the highway.

Since Ms. Elliott appeared to be upset with me, I decided to give her a few minutes to cry alone as she was sitting on the grass. Officer O. Yildirim, Badge # 210, from the Emerson Police Department arrived on scene and started a conversation with her. After several minutes, she decided to walk towards the guardrail, ultimately kneeling by it while resting her face on it. Officer Yildirim spent several minutes pleading with her to please get off the highway to

CPD Case 2025-00008282

(Narrative Continued)

what she refused to do so.

Officer Foster then decided to have another conversation with her while she was sitting by the guardrail. This conversation led to the same response from her, which she refused to get back into her vehicle and leave the area safely. I then decided to try one more time to reason with Ms. Elliott by sitting on the guardrail next to her in a non-threatening manner asking her to please get off the highway. Same results yielded with her acting non complaint, refusing to get off the highway.

I told Ms. Elliott that the only reason she had not been arrested it was because she had her cat with her, to what she replied "Wait!!, I got you" approached her vehicle and retrieved her cat to what she called "Hopper." In a stern manner I told her "Do not throw your cat away" to what she replied I am not; I am just going to place him on the woods. She then kissed the cat and said, "I love you Hopper, I'll find you eventually." Ms. Elliott then placed the cat on the grass area allowing the cat to roam freely while unsupervised repeatedly saying "I am having a bad day." I told Ms. Elliott that just because you are having a bad day you should not ruin your life and the animal's life. Officer Foster told her she could just not simply abandon your cat, to what she replied, "is called natural selection." "It came from nature its going back to nature."

The cat was then seeing leaving the grass area walking directly into oncoming traffic, Ms. Elliott noticed this and decided to dart into oncoming traffic on I-75SB. Officer Foster immediately gave her loud verbal commands "Ma'am do not run onto the Interstate." Ms. Elliott walked approximately 12 feet onto the highway, eventually grabbing her cat back into her arms. Officer Foster retrieved and secured the cat.

All together Ms. Elliott was given over 45 minutes to cry in peace, calm herself down, and despite our efforts to de-escalate she continued to escalate the situation introducing higher risks to not only her safety but the well-being of her animal to the point that she placed her life, the animal's life, and the life of those of us present in danger.

Ms. Elliott was placed under arrest, her hands were placed behind his back, handcuffs were double locked and checked for proper tightness. She was searched incident to arrest and was clear of contraband. No force was used during her arrest. Ms. Elliott was placed into the rear of my marked patrol vehicle and transported to the Bartow County Adult Detention Center, where she was released to custody of the deputies on duty. My marked patrol vehicle was searched before and after each transport of Ms. Elliott and was clear of contraband.

Electronics warrants for Mr. Elliott were requested and granted by the Honorable Judge Duncan Livsey, from the Magistrate Court of Bartow County, State of Georgia. The active and valid warrants are as follows:

- Speeding, OCGA 40-6-181 - under Warrant # CE-0173093

CPD Case 2025-00008282

(Narrative Continued)

- Improper Stopping, OCGA 40-6-123 (c) – under Warrant # CE-0173094

- Reckless Conduct, OCGA 16-5-60 (b) – under Warrant # CE-0173095

- Obstruction of Law Enforcement, OCGA 16-10-24 (a) - under Warrant # CE-0173096

- Pedestrian Darting Out in Traffic, OCGA 40-6-91 (b) - under Warrant # CE-0173097

- Pedestrian Must Walk on Shoulder, OCGA 40-6-96 (b) - under Warrant # CE-0173098


   Georgia Uniform Traffic Citation for Speeding under OCGA 40-6-181, Citation # C1141250455, for Ms. Elliott, was voided due to the fact a criminal arrest warrant was obtained for the original offense. The voided citation would be sent to the City of Cartersville Municipal court via interoffice mail.


   Animal Control Officer C. Everett, Badge # 134, from the Cartersville Police Department, responded to location and took possession of the feline/cat named "Hopper."


   The 2018 Nissan Kicks bearing license plate (ASC03M) issued by the State of Arkansas was removed from the scene by Wayne Martin's Towing Services. The vehicle was properly inventoried before its removal and was found to be clear of contraband. All parties involved were provided with the case number and my interaction was recorded via "Body Worn" camera. All supporting documents were scanned to the case file.


   Nothing further at the time of the report.

# Exhibit C



| Exhibit | Description |
|---------|-------------|
| Exhibit A | Copy of Ms. Elliott's Public Booking Card, which contains an image of Ms. Elliott without any head covering. Personal information and Ms. Elliott's uncovered photo have been redacted by Plaintiff's counsel. |
| Exhibit B | Copy of April 6, 2025, incident report of the speeding stop and subsequent arrest of Ms. Elliott. Personal information has been redacted by Plaintiff's counsel. |
| Exhibit C | Photograph of Ms. Elliott's up-to-date driver's license, which depicts her wearing a hijab. Personal information has been redacted by Plaintiff's counsel. |