IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **IVANA A. ELLIOTT**,<br><br>*Plaintiff*,<br><br>v.<br><br>**SHERIFF CLARK MILLSAP**, BARTOW COUNTY SHERIFF'S OFFICE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AND **OFFICER JANE DOE**, IN HER INDIVIDUAL CAPACITY ONLY<br><br>*Defendants*. | CIVIL ACTION NO.:<br><br>_____ |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff submits the following statement of their corporate interests pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, NDGa.

**(1)  The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

- None known.

**(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>Plaintiffs:</u>

- Keon N. Grant of the Council on American-Islamic Relations - Georgia;
- Aaron E. Butler of the Council on American-Islamic Relations - Georgia;
- Gerald Weber of The Law Offices of Gerry Weber, LLC;
- James Slater of Slater Legal PLLC.

<u>Defendants:</u>

- Unknown.

1

Respectfully submitted this 9th day of March, 2026

/s/ Keon N. Grant
Keon Nicholas Grant
Georgia Bar No. 946800
Aaron Edward Butler
Georgia Bar No. 722335
**Council on American-Islamic Relations – Georgia**
P.O. Box 956263
Duluth, GA 30095
Telephone: 470.604.7877
kgrant@cair.com
abutler@cair.com

/s/ James M. Slater
James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: 404.458.7283
james@slater.legal

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878
The Law Offices of Gerry Weber, LLC
P.O. Box 5391
Atlanta, GA 31107
Telephone: 404.522.0507
wgerryweber@gmail

*Counsel for Plaintiff Ivana Elliott*

2

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement has been prepared in accordance with the font type and margin requirements of LR 5.1, NDGa, using font type of Times New Roman and a point size of 14.

Dated: March 9, 2026

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS - GEORGIA
P.O. Box 956263
Duluth, GA 30095
(404) 604-7877
kgrant@cair.com

*/s/ Keon N. Grant*
Keon Nicholas Grant
Georgia Bar No. 946800

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **IVANA A. ELLIOTT**<br><br>*Plaintiff*,<br><br>v.<br><br>**SHERIFF CLARK MILLSAP**, BARTOW COUNTY SHERIFF'S OFFICE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AND **OFFICER JANE DOE**, IN HER INDIVIDUAL CAPACITY ONLY<br><br><br>*Defendants*. | CIVIL ACTION NO.:<br><br>_____ |

## CERTIFICATE OF SERVICE

I, Keon Grant, hereby certify that on March 9th, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system. Paper copies of the filed documents have also been sent to the named defendant by certified mail.

Sheriff Clark Millsap<br>
Bartow County Sheriff's Office<br>
P.O. Box 476<br>
Cartersville, GA 30121

Respectfully submitted this 9th day of March, 2026

/s/ Keon N. Grant
Keon Nicholas Grant
Georgia Bar No. 946800
Aaron Edward Butler
Georgia Bar No. 722335
**Council on American-Islamic Relations – Georgia**
P.O. Box 956263
Duluth, GA 30095
Telephone: 470.604.7877
kgrant@cair.com
abutler@cair.com

/s/ James M. Slater
James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: 404.458.7283
james@slater.legal

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878
The Law Offices of Gerry Weber, LLC
P.O. Box 5391
Atlanta, GA 31107
Telephone: 404.522.0507
wgerryweber@gmail.com

*Counsel for Plaintiff Ivana Elliott*