IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **IVANA A. ELLIOTT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SHERIFF CLARK MILLSAP**, BARTOW COUNTY SHERIFF'S OFFICE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, AND **OFFICER JANE DOE,** IN HER INDIVIDUAL CAPACITY ONLY<br><br>*Defendants.* | CIVIL ACTION NO.:<br><br>4:26-cv-00060-WMR |

### PLAINTIFF'S MOTION IN SUPPORT OF PRELIMINARY AND/OR PERMANENT INJUNCTIVE RELIEF

Plaintiff Ivana Elliott ("Plaintiff") moves this Court, pursuant to Federal Rule of Civil Procedure 65, for preliminary and/or permanent injunctive relief against Defendant Sheriff Clark Millsap in his official capacity as Sheriff of Bartow County, Georgia.

Defendant's booking policy compels Plaintiff to violate her sincerely held Islamic faith by forcing her to remove her hijab and undercap in the presence of male officers. Defendant compounds this ongoing violation of the First Amendment and the Religious Land Use and Institutionalized Persons Act

(RLUIPA) by indefinitely retaining the resulting booking photographs and security footage, exposing them to law enforcement and the public.

Relying on the Verified Complaint and the accompanying brief, Plaintiff establishes the four prerequisites for injunctive relief: (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury absent an injunction; (3) a balance of equities favoring Plaintiff; and (4) an alignment with the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *K.H. Outdoors, LLC v. City of Trussville*, 458 F.3d 1261, 1268 (11th Cir. 2006).

Because the material facts are undisputed, Plaintiff further moves to consolidate the preliminary-injunction hearing with the trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2)[1].

Plaintiff specifically requests the Court to enter an order to:

(1)   Enjoin Defendant from requiring Plaintiff to remove her religious head covering in the presence of men in booking or while incarcerated, absent a compelling security interest;

---

[1] Pursuant to Fed. R. Civ. P. 65(a)(2), consolidation is appropriate because the record is complete and the issues presented are purely legal. Proceeding to the merits on the current record conserves judicial resources without prejudice. *See Cumulus Media, Inc. v. Clear Channel Commc'ns, Inc.*, 304 F.3d 1167, 1178 (11th Cir. 2002) (evidentiary hearings required only where facts are "bitterly contested"); *Drummond v. Fulton Cnty. Dep't of Fam. & Child. Servs.*, 563 F.2d 1200, 1204 (5th Cir. 1977). This consolidation expressly reserves Plaintiff's damages claims.

(2)  Order the Defendant to implement intake policies that comply with the First Amendment and RLUIPA;

(3)  Order the Defendant to delete all booking photographs of Plaintiff without her hijab; and

(4)  Mandate the expungement, deletion, or permanent redaction of all security video footage depicting Plaintiff without her hijab.

Respectfully submitted this 9th day of March, 2026.

/s/ Keon N. Grant
Keon Nicholas Grant
Georgia Bar No. 946800
Aaron Edward Butler
Georgia Bar No. 722335
**Council on American-Islamic Relations – Georgia**
P.O. Box 956263
Duluth, GA 30095
Telephone: 470.604.7877
kgrant@cair.com
abutler@cair.com

/s/ James M. Slater
James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, GA 30345
Telephone: 404.458.7283
james@slater.legal

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878
The Law Offices of Gerry Weber, LLC
P.O. Box 5391
Atlanta, GA 31107
Telephone: 404.522.0507
wgerryweber@gmail.com

*Counsel for Plaintiff Ivana Elliott*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: March 9, 2026

| | |
|---|---|
| Council on American-Islamic Relations – Georgia<br>P.O. Box 956263<br>Duluth, GA 30095<br>Telephone: 470.604.7877<br>kgrant@cair.com | /s/ *Keon N. Grant*<br>Keon Nicholas Grant<br>Georgia Bar No. 946800 |