IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IVANA A. ELLIOTT, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 4:26-cv-00060-WMR |
| SHERIFF CLARK MILLSAP, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF SERVICE AND ENTRY OF APPEARANCE

COME NOW SHERIFF CLARK MILLSAP, by and through his undersigned counsel, and hereby WAIVES formal service of process in this case, in accordance with the request for waiver sent by counsel for the Plaintiff.

Undersigned counsel hereby enters an appearance for Sheriff Millsap.

Defendant acknowledges that a response to the Complaint is due within 60 days from March 10, 2026.

Williams & Waymire, LLC

/s/ Jason Waymire _____
Jason C. Waymire
Georgia Bar No. 742602
Counsel for Sheriff Millsap

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
678-541-0790
678-541-0789
jason@wmwlaw.com