**From:** **Jason Waymire** Jason@wmwlaw.com  📎
**Subject:** Re: CAIR-Georgia: 4:26-cv-00060-WMR Elliott v. Millsap et al - Litigation Hold
**Date:** March 10, 2026 at 11:44 AM
**To:** James M. Slater james@slater.legal
**Cc:** Gerald Weber wgerryweber@gmail.com, Keon Grant Kgrant@cair.com, Aaron Butler abutler@cair.com, Terry Williams
Terry@wmwlaw.com

EXHIBIT A

James,

Per our discussion I am passing this on to my partner Terry Williams, who is copied on this email.  I am out of town for the rest of today and this week.

As we discussed, if my firm is assigned to defend the case then we will work with you about service of process and the like, consistent with any client directives.

Thanks for bringing this to our attention.

Best regards,

Jason Waymire

Williams & Waymire
4330 S. Lee Street
Bldg. 400, Ste. A
Buford, GA 30518
678-541-0790 ext.3 Telephone
678-541-0789 Facsimile

> On Mar 10, 2026, at 11:15 AM, James M. Slater <james@slater.legal> wrote:
>
> Hi Jason,
>
> I hope all is well. We understand your firm has represented Sheriff Millsap previously. We filed the attached lawsuit and motion for preliminary injunction yesterday against the Sheriff for violations of the First Amendment and RLUIPA related to forcing our client, Ms. Elliott, to remove her hijab during the booking process at the Bartow County Jail.
>
> Please let us know if you will represent the Sheriff in this matter, and if so, whether the Sheriff will agree to waive service. Attached below is the waiver form, along with the complaint, PI motion, and litigation hold. We sent all these documents directly to the Sheriff via mail and email (see below).
>
> Finally, we asked the Sheriff to refrain from disclosing our client's booking photo (or video footage) depicting her without her religious head covering in response to records or media requests while the litigation is ongoing.
>
> Thank you,
> James
>
>
> **James Slater**
>
> Slater Legal PLLC
>
> slater.legal
>
>
> Atlanta Office/Mailing Address
>
> 2296 Henderson Mill Rd. N.E. #116
>
> Atlanta, GA 30345
>
> Tel. (404) 458-7283
>
>
> Tallahassee Office
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301
>
>
> ---------- Forwarded message ---------
> From: **Keon Grant** <Kgrant@cair.com>
> Date: Tue, Mar 10, 2026 at 10:56 AM
> Subject: CAIR-Georgia: 4:26-cv-00060-WMR Elliott v. Millsap et al - Litigation Hold
> To: sheriffmillsap@bartow.org <sheriffmillsap@bartow.org>, serenasanford@bartow.org <serenasanford@bartow.org>, Records <records@bartow.org>
> Cc: Aaron Butler <abutler@cair.com>, Gerald Weber <wgerryweber@gmail.com>, James M. Slater <james@slater.legal>

Sheriff Millsap:

Yesterday, March 9, 2026, we filed a lawsuit against you on behalf of Ms. Ivana Elliott. You are named as a defendant in both your official and individual capacities, alongside an unidentified Bartow County officer. Ms. Elliott is jointly represented by CAIR-Georgia, the Law Offices of Gerry Weber, LLC, and Slater Legal PLLC.

Hard copies of the Complaint, the supporting exhibits, and our Brief in Support of a Motion of Preliminary Injunction were sent to you via Certified Mail at the following address:

>   Bartow County Sheriff's Office
>   P.O. Box 476
>   Cartersville, GA 30121

I have attached the same documents to this email, along with the Motion for Preliminary Injunction and a Litigation Hold. Under Fed. R. Civ. P. 37(e), you must preserve all records, digital media, and metadata related to Ms. Elliott's April 2025 booking and suspend all routine data-deletion practices immediately. To mitigate ongoing constitutional injury, you must also halt the release of any images depicting Ms. Elliott without her hijab. This applies to all Georgia Open Records Act requests and media inquiries.

We are also attaching a Request for Waiver of Service form. Sign and return this document within 30 days if you agree to waive service.

Confirm receipt by responding to this email within seven (7) days. Thank you for your attention to this matter.

Best regards,

Keon Grant, Esq.
*Staff Attorney*
Council on American-Islamic Relations
Georgia Chapter
kgrant@cair.com | (470) 604-7877



NOTICE: This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you have received this message in error, please delete this message and all copies and backups thereof. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice.



**Verified Complaint.pdf**        **Exhibits.pdf**

**Motion for Preliminary Injunction .pdf**

**Brief in Support of Motion for Preliminary Injunction.pdf**

**Elliott v. Millsap et al. - Litigation Hold.pdf**

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of Georgia

Ivana A. Elliott
*Plaintiff*

v.

Sheriff Clark Millsap, et al.
*Defendant*

)
)
)
)
)

Civil Action No.  4:26-cv-00060-WMR

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Sheriff Clark Millsap

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed