IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IVANA A. ELLIOTT, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 4:26-cv-00060-WMR |
| SHERIFF CLARK MILLSAP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER EXTENDING RESPONSE DEADLINE

Upon motion by Defendant Millsap, it is hereby ORDERED that Defendant shall have up to and including May 26, 2026, within which to serve a response to the Plaintiff's motion for preliminary injunction.

SO ORDERED this ____ day of _____, 2026.

_____-
WILLIAM M. RAY, II
United States District Court Judge