IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IVANA A. ELLIOTT, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 4:26-cv-00060-WMR |
| SHERIFF CLARK MILLSAP, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS BY SHERIFF CLARK MILLSAP

COMES NOW BARTOW COUNTY SHERIFF CLARK MILLSAP, Defendant in the above-styled action, and, pursuant to Rule 12 (b) of the Federal Rules of Civil Procedure, and moves to dismiss all claims against him in the Complaint. (Doc. 1) In support of this Motion, Defendant relies upon the complaint filed in this matter, and upon his Brief, filed contemporaneously herewith.

Defendant submits that the complaint fails to state a claim against him, and the claims are barred by the immunity defenses and other grounds discussed in his Brief.

ACCORDINGLY, for the reasons set forth in the accompanying Brief, Sheriff Millsap requests the Court to grant his motion and dismiss all claims. Defendant respectfully requests the Court to certify any partial dismissal as final under Rule 54(b).

Respectfully submitted,

WILLIAMS & WAYMIRE, LLC

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602
Attorney for Sheriff Millsap

Building 400, Suite A
4330 South Lee Street, NE
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION** and **BRIEF IN SUPPORT** upon all parties by electronic delivery through the CM/ECF system.

This May 11, 2026.

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602