IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IVANA A. ELLIOTT,　　　　　　　　)
　　　　　　　　　　　　　　　　)　CIVIL ACTION FILE NO.
　　　　Plaintiff,　　　　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　4:26-cv-00060-WMR
SHERIFF CLARK MILLSAP,　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　)

## **DEFENDANT'S MOTION TO STAY**

COMES NOW BARTOW COUNTY SHERIFF CLARK MILLSAP, and files this Motion to Stay, on the grounds that (1) Defendant's pending motion to dismiss is likely to dispose of the claims raised,  and (2) Defendant raises immunity defenses that require a stay. The Court should stay all procedural deadlines, including any deadline for Defendant to respond to the Plaintiff's motion for preliminary injunction. In the likely event that Defendant's motion to dismiss is granted, Plaintiff's pending motion must be denied.

Defendant's supporting brief explains the grounds for a stay in more detail.

"District judges are accorded wide discretion in ruling on discovery motions… . " Harris v. Chapman, 97 F.3d 499, 506(D) (11th Cir. 1996).  In this case Plaintiff asserts far-fetched claims against the Rockdale County Superior

Court Clerk Morris and the County on account of protracted domestic litigation proceedings in the Superior Court of Rockdale County. A stay is justified.

WHEREFORE, in light of the dispositive immunity defenses raised in Defendant's motion to dismiss, the Court's likely lack of jurisdiction, and the otherwise doubtful nature of the claims raised here, Defendant respectfully requests the Court to stay this action until the Court rules on his motion to dismiss.

WILLIAMS & WAYMIRE, LLC


/s/ *Jason C. Waymire*
JASON C. WAYMIRE
Georgia Bar No. 742602
Attorney for Sheriff Millsap

4330 South Lee Street
Bldg. 400, Suite A
Buford, GA 30518
678-541-0790
678-541-0789
jason@wmwlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **MOTION TO STAY** and **BRIEF IN SUPPORT** upon counsel for all parties by electronic delivery through the CM/ECF system.

This May 11, 2026.

/s/ Jason C. Waymire
JASON C. WAYMIRE
Georgia Bar No. 742602