IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IVANA A. ELLIOTT,                )
                                 )    CIVIL ACTION FILE NO.
        Plaintiff,               )
v.                               )
                                 )    4:26-cv-00060-WMR
SHERIFF CLARK MILLSAP,           )
                                 )
        Defendant.               )

## ORDER GRANTING MOTION TO STAY

For good cause shown, the Court hereby stays discovery and all procedural deadlines in this case, pending resolution of Defendant's motion to dismiss. Defendant is not required to respond to the Plaintiff's motion for preliminary injunction (Doc. 4) while the stay is in force.

If any claim survives the motion to dismiss, the Court will enter an appropriate scheduling order.

SO ORDERED this _____ day of May, 2026.


_____
WILLIAM M. RAY, II
United States District Court Judge