# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

|  |  |
|---|---|
| IVANA A. ELLIOTT,<br><br>   *Plaintiff,*<br><br> v.<br><br>CLARK MILLSAP, *et al.*,<br><br>   *Defendants*. | No. 4:26-cv-60-WMR |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

Under Local Rule 83.1(E)(4), Aaron Edward Butler withdraws as counsel of record for Plaintiff Ivana A. Elliott. Keon Nicholas Grant, James M. Slater, and Gerald Weber remain counsel of record and will continue representing the Plaintiff. Their contact information appears below:

| | |
|---|---|
| Keon Nicholas Grant | James M. Slater |
| Georgia Bar No. 946800 | Georgia Bar No. 169869 |
| Council on American-Islamic Relations – Georgia | 2296 Henderson Mill Rd. NE #116 |
| P.O. Box 956263 | Atlanta, GA 30345 |
| Duluth, GA 30095 | Telephone: 404.458.7283 |
| Telephone: 470.604.7877 | james@slater.legal |
| kgrant@cair.com | |

1

Gerald Weber

Georgia Bar No. 744878

The Law Offices of Gerry Weber, LLC

P.O. Box 5391

Atlanta, GA 31107

Telephone: 404.522.0507

wgerryweber@gmail.com

Respectfully submitted this 9th day of July 2026.

/s/ Aaron Edward Butler
**Aaron Edward Butler**
Georgia Bar No. 722335
Southern Poverty Law Center
403 Washington Ave.
Montgomery, AL 36104
Tel: 470-501-1744
Email: aaron.butler@splcenter.org

*Withdrawing Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

IVANA A. ELLIOTT,

      *Plaintiff*,

    v.

CLARK MILLSAP, *et al.*,

      *Defendants*.

No. 4:26-cv-60-WMR

## CERTIFICATE OF SERVICE

I certify that on July 9, 2026, I filed this document through the Court's CM/ECF system. All parties involved are registered CM/ECF users and will be served through the system.

Respectfully submitted this 9th day of July 2026.

/s/ Aaron Edward Butler
**Aaron Edward Butler**
Georgia Bar No. 722335
Southern Poverty Law Center
403 Washington Ave.
Montgomery, AL 36104
Tel: 470-501-1744
Email: aaron.butler@splcenter.org

*Withdrawing Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

|  |  |
|---|---|
| IVANA A. ELLIOTT,<br><br>       *Plaintiff*,<br><br>  v.<br><br>CLARK MILLSAP, *et al.*,<br><br>       *Defendants*. | No. 4:26-cv-60-WMR |

## CERTIFICATE OF COMPLIANCE

Under Local Rule 7.1(D), I certify that I prepared this document in 14-point Times New Roman font, as required by Local Rule 5.1.

Respectfully submitted this 9th day of July 2026.

<u>/s/ Aaron Edward Butler</u>
**Aaron Edward Butler**
Georgia Bar No. 722335
Southern Poverty Law Center
403 Washington Ave.
Montgomery, AL 36104
Tel: 470-501-1744
Email: aaron.butler@splcenter.org

*Withdrawing Counsel for Plaintiff*