**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

**Ivana Elliott**

                    Plaintiff(s),

                                      Case No. 4:26-cv-60-WMR

v.

                                      William M. Ray, II

**Clark Millsap** *Sheriff of Bartow County, Ga*   United States District Judge
*in his official capacity only*

                    Defendant(s).

_____/

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion for Preliminary Injunction [Doc 4] and the Second Motion to Dismiss [Doc 16] in this case for Tuesday, August 4, 2026 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

    **Each side shall submit prior to the start of the hearing, a proposedorder which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 16th day of July, 2026.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE