# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:26-cv-00060-WMR
### Elliott v. Millsap et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 08/04/2026.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:00 A.M.     COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:30                  DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: **Atlanta**

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Keon Grant representing Ivana A. Elliott<br>James Slater representing Ivana A. Elliott<br>Jason Waymire representing Clark Millsap<br>Gerald Weber representing Ivana A. Elliott |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Court heard oral argument on pending motions and will enter written order. |
| HEARING STATUS: | Hearing Concluded |